**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-1790**

————————

EDWARD MARTIN MCKENNA, SR.,

Plaintiff - Appellant,

versus

R. C. LEE; JIM GODWIN; ANDY ARTOLA; JUDY
CHAPMAN; GEORGE LIPSCOMB; JANICE FAULKNER;
CAROL HOWARD; LYNN PHILLIPS; THEODIS BECK;
JOHN DOES 1-34; 3M COMPANY,

Defendants - Appellees,

and

MICHAEL F. EASLEY; HAL F. ASKINS; JEFFREY R.
EDWARD; MARTIN T. MALTER; DOUGLAS F. MCINTOSH;
MARK A. LEWIS; SUSAN FREYA OLIVE; PETER L.
OLSON; CHARLES BULLOCK; FINESSE COUCH;
REGINALD MEWBORN; J. BAKE WILLIAMS; GREGORY T.
WAH; PATRICK BALLANTINE,

Defendants.

————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (CA-00-911-BR)

————————

Submitted:  November 27, 2002      Decided:  December 20, 2002

————————

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

———————

Edward Martin McKenna, Sr., Appellant Pro Se. Neil Clark Dalton, James Philip Allen, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina; James Donald Cowan, Jr., SMITH MOORE, L.L.P., Greensboro, North Carolina; Shannon R. Joseph, SMITH MOORE L.L.P., Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Martin McKenna, Sr., appeals the district court's order granting summary judgment to the Appellees and denying relief on his copyright infringement action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McKenna v. Lee, No. CA-00-911-BR (E.D.N.C. July 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2